# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-221 (JRT/JJK) |
| Plaintiffs, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| PANG THAO, | |
| Defendant. | |

___

James Alexander and Kimberly Svendsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Joseph Tamburino, **CAPLAN LAW FIRM, PA**, 525 Lumber Exchange Building, 10 South Fifth Street, Minneapolis, MN 55402, for defendant.

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Pang Thao; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and on the Court's determination that, based on the Plea Agreement entered into by the defendant and based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the defendant has pled guilty,

**IT IS HEREBY ORDERED** that:

1. the following property is forfeited to the United States pursuant to 18 U.S.C. § 2253(a):

   a. HP Pavilion laptop, serial number CNF7320KR2;

      b.       Black computer tower containing a Western Digital hard drive, serial number WMAEH1479986;

      c.       Sony DSC-17 Cybershot digital camera, serial number 511291;

      d.       Sony Memory Stick Pro Duo 1GB, serial number J414L61; and

      e.       All CDs/DVDs containing child pornography.

2.       the Attorney General or his authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

3.       the United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

4.       pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

5.       following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

6.       this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).

DATED:  December 2, 2009
at Minneapolis, Minnesota.                             ___   s/John R. Tunheim         _
                                                           JOHN R. TUNHEIM
                                                        United States District Judge